# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| J.M. and ESTATE OF DONTRE HAMILTON, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF MILWAUKEE and CHRISTOPHER E. MANNEY, <br><br> Defendants. | Case No. 16-CV-507-JPS <br><br><br> **ORDER** |

On August 9, 2017, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs or fees assessed to either party, along with a copy of their settlement agreement. (Docket #108 and #108-1). In accordance with the stipulation and settlement agreement, this action will be dismissed. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #108) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED** with prejudice and without costs to any party.

Dated at Milwaukee, Wisconsin, this 11th day of August, 2017.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge